UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEVON BABAYAN,** *pro se,*

    **Plaintiff,**

v.                                                             Case No.  8:10-cv-2908-T-30TGW

**RICHARD B. NUGENT, Hernando
County Sheriff, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motions to Dismiss (Dkts. 13, 14, and 21).  Plaintiff, who is proceeding in this case *pro se*, failed to file a response to Defendants' motions.  On March 3, 2011, the Court entered an order to show cause and provided Plaintiff until March 17, 2011 to file his response (Dkt. 15).  On March 7, 2011, Plaintiff filed a second amended complaint without leave of Court and without stipulation from Defendants (Dkt. 17).  The Court, having reviewed the motions, Plaintiffs' second amended complaint, and being otherwise advised in the premises, concludes that the motions should be granted to the extent that they request a more definite statement.

On January 12, 2011, this Court dismissed Plaintiff's complaint without prejudice to amend based on the complaint's utter failure to comply with the Federal Rules of Civil Procedure (Dkt. 10).  Plaintiff has ignored the Court's directive and has filed a second amended complaint, which appears to be nearly identical to Plaintiff's first amended

complaint. Simply put, the second amended complaint is an improper <u>shotgun</u> pleading and is comprised mostly of rambling and disjointed stream of consciousness thoughts. The Court previously instructed Plaintiff on the deficiencies of his complaint and sees no reason to repeat itself.

    It is therefore ORDERED AND ADJUDGED that:

    1.    Defendants' Motions to Dismiss (Dkt. 13, 14, and 21) are hereby GRANTED as set forth herein.

    2.    Plaintiff shall have one (1) <u>final</u> opportunity to amend his complaint within fourteen (14) days from the date of this Order.

    3.    Plaintiff's failure to amend during the time set forth herein shall result in the dismissal of this action without further notice.

    **DONE** and **ORDERED** in Tampa, Florida on March 22, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2908.mtsdismiss13,14,21.frm