**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEVON BABAYAN,** *pro se,*

    **Plaintiff,**

v.                                                                                     Case No.  8:10-cv-2908-T-30TGW

**RICHARD B. NUGENT,** Hernando
County Sheriff, et al.,

    **Defendants.**
_____/

**ORDER**

    THIS CAUSE comes before the Court *sua sponte*.  Upon review and consideration, the Court determines that Plaintiff's Third Amended Complaint (Dkt. #25) does not comply with the Court's previous Orders.

    It is therefore ORDERED AND ADJUDGED that:

    1.    This case is dismissed without prejudice.

    2.    The Clerk is directed to terminate any pending motions and close the file.

    **DONE** and **ORDERED** in Tampa, Florida on March 31, 2011.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2908.dismissal.frm